# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PERRY, et al., | |
| Plaintiffs, | Case No. 2:13-cv-00433-LDG-CWH |
| vs. | **ORDER** |
| SPECTRUM PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Qi Gao's attorney's Motion to Withdraw (#69), filed June 5, 2013.  It appearing that the requirements of Local Rule IA 10-6(b) have been satisfied,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw (#69) is **granted**.

DATED: June 11, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**