# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN PERRY, et al.,

        Plaintiffs,

vs.

SPECTRUM PHARMACEUTICALS, INC., et al.,

        Defendants.

Case No. 2:13-cv-00433-LDG-CWH

**ORDER**

      This matter is before the Court on Plaintiff Qi Gao's attorney's Motion to Withdraw (#69), filed June 5, 2013. It appearing that the requirements of Local Rule IA 10-6(b) have been satisfied,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw (#69) is **granted**.

DATED: June 11, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**