# Exhibit 2

# SPECTRUM Pharmaceuticals

August 30, 2012

## Southern California Investor Conference
NASDAQ GS: SPPI



**Rajesh C. Shrotriya, MD**
Chairman, Chief Executive Officer, and President

## Phase 3 Efficacy & Safety Results
### n=241, randomized comparative study

*Levoleucovorin* at <u>equivalent doses*</u> to racemic leucovorin had significantly less myelosuppression (p=0.03 Gr 3 /4) with slight improvement in efficacy vs racemic LV

|  | Overall Response rate | Duration of Response | Median Time to Progression or Death | Median Overall Survival Time |
|---|---|---|---|---|
| FU/racemic LV | 25% | 7.2 months | 6.25 months | 14.5 months |
| FU/*l*-LV **Pure Isomer** | 32% | 8.0 months | 8.0 months | 15.0 months |

| | % FU/LV (n = 122) | | | | % FU/l-LV (n = 119) **Pure Isomer** | | | |
|---|---|---|---|---|---|---|---|---|
| | Grade | | | | Grade | | | |
| Toxicity | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| Leukopenia | 23 | 13 | 3 | 2 | 18 | 7 | - | - |
| Granulocytopenia | 15 | 16 | 4 | 4 | 14 | 5 | 2 | - |

* Racemic LV is a 50:50 mixture of *dextro* (inactive) - & *levo* (active) isomers of leucovorin; an equivalent dose of pure *levo*leucovorin has <u>double</u> the active *levo*-isomer.

Reference: Scheithauer et al, Journal of Clinical Oncology, Vol 15, No 3 (March), 1997: pp 908-914


SPECTRUM

11