# APPENDIX 1

*List of CWs*

| CW | Title/Position at Spectrum | Dates of Employment |
|---|---|---|
| 1 | Oncology Sales Specialist (through Inventiv) Responsible for certain medical facilities, mostly clinics and a few hospitals, in Massachusetts, Rhode Island, New Hampshire and Maine. | August 2011 through May 2013 |
| 2 | Oncology Sales Specialist (through Inventiv), sold Fusilev exclusively Responsible for the Chicago area, selling to private practice clinics and oncology clinics within hospitals | End of 2011 through April 2013 |
| 3 | Senior Manager, Investor Relations Responsible for scripting investor presentations and writing all press releases | 2007-March 2012 |
| 4 | Regional Sales Manager Spent a few months working in the field and then transitioned to being in charge of training sales personnel on selling Fusilev | August 2011 through July 2012 |
| 5 | Director of Government Affairs and Managed Markets Responsible for managing issues related to reimbursement as well as issues related to private insurance companies, Medicare and Medicaid | December 2010 through December 2013 |
| 6 | Sales Specialist in Northern California Sold Fusilev to hospitals and doctors' offices | November 2011 through May 2013 |
| 7 | Director of National Sales Implemented the Company's marketing strategy and was responsible for supervising the Inventiv sales team | August 2011 through December 2013 |
| 8 | Associate Director of National Accounts (transitioning to) Regional Business Manager<br><br>As Associate Director of National Accounts, was responsible for the McKesson and US Oncology Fusilev accounts until late 2011. For the remainder of his tenure, worked on direct contract sales to the larger clinics | January 2009 through November 2011<br><br>September/October 2011 through November 2013 |

1

| CW | Title/Position at Spectrum | Dates of Employment |
|---|---|---|
| 9 | Associate Director of National Accounts<br>Worked with the wholesalers and GPOs that were supplying Fusilev to the hospitals and the private oncology practices (clinics) | 2010 through March 2012 |
| 10 | Senior Level Network Administrator, IT department<br>Responsible for technical support for the executives, including Shrotriya | July 2009 through September 2012 |
| 11 | District Manager<br>Reported to Director of National Sales | March 2009 to July 2012 |
| 12 | Oncology Sales Specialist (through Inventiv)<br>Sold Fusilev to clinics and hospitals in Tennessee | August 2011 through May 2013 |
| 13 | Regional Business Manager for Southeast region<br>Supervised eight oncology sales representatives and managed Zevalin accounts | two and a half years until January 2013 |