1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: SPECTRUM PHARMACEUTICALS, INC., SECURITIES LITIGATION,

Case No. 2:13-cv-00433-LDG (CWH)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendants' Motion for Reconsideration of the Court's March 26, 2015 Order (#118) is DENIED;

THE COURT **ORDERS** that Defendants' Motion to Extend Time to File Response (#119) is GRANTED as follows: Defendants shall have until May 26, 2015 (60 days from March 26, 2015, the date this Court entered its Order denying Defendants' Motion to Dismiss) to file their answer.

DATED this _____ day of May, 2015.

Lloyd D. George
United States District Judge