UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: SPECTRUM PHARMACEUTICALS, INC., SECURITIES LITIGATION | Case No. 2:13-cv-00433-LDG (CWH)<br>Base File<br><br>CLASS ACTION |

## [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

THIS MATTER having come before the Court on the motion of Court-appointed Lead Plaintiff Arkansas Teacher Retirement System for final approval of the proposed class action Settlement and approval of the proposed Plan of Allocation for the net proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Settlement Class Members advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

2. There were no objections to the proposed Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of Authorized Claimants that was set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice")

disseminated to Settlement Class Members provides a fair and reasonable basis upon which to allocate the net settlement proceeds among Settlement Class Members.

3. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

SO ORDERED this 13 day of June, 2016.

_____
Honorable Lloyd D. George
UNITED STATES DISTRICT JUDGE